**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7237**

_____

MARVIN LAMONT GRANTHAM,

                                                 Plaintiff - Appellant,

       versus

WILBERT E. ANDERSON; JACK EARL BEST, Wayne
County Board of Commissioner; SHERIFF WINDERS,
Sheriff of Wayne County Jail; CAPTAIN TADLOCK,
at Wayne County Jail; EFTON SASER, Wayne
County Board of Commissioner; JOHN BELL, Wayne
County Board of Commissioner; J. D. EVANS,
Wayne County Board of Commissioner; BUD GRAY,
Wayne County Board of Commissioner; ATLAS
PRICE,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, Senior
District Judge. (5:05-ct-00541-H)

_____

Submitted: February 14, 2007     Decided: February 27, 2007

_____

Before NIEMEYER, WILLIAMS, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marvin Lamont Grantham, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Lamont Grantham appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Grantham v. Anderson, No. 5:05-ct-00541-H (E.D.N.C. July 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED